```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
NEELAM UPPAL,      :
      :
                  Plaintiff,      :
      :      16-CV-3038 (VSB)
           -v-      :
      :      **ORDER**
NEW YORK STATE DEPARTMENT OF      :
HEALTH, et al.,      :
                  Defendants.      :
      :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's motion for leave to amend the complaint, (Doc. 47), and application to proceed without prepaying fees or costs, (Doc. 50). Accordingly, it is hereby

      ORDERED that, on or before November 30, 2017, Plaintiff shall submit either a copy of the proposed amended complaint, or a detailed letter sufficiently explaining how any proposed amendments to the operative complaint would alleviate the deficiencies identified by Defendants in their motion to dismiss, (Doc. 38).

      IT IS FURTHER ORDERED that leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

      The Clerk's Office is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated:    November 6, 2017
           New York, New York

                                        Vernon S. Broderick
                                        United States District Judge