

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8590

February 26, 2019

By ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

Re: Neelam Uppal v. NYS Department of Health, et al.; 16 Civ. 3038 (VSB)

Dear Judge Broderick:

    This Office represents defendants New York State Department of Health and Timothy Mahar in this action.

    Please be advised that the Article 78 proceeding plaintiff brought to challenge the revocation of her medical license by New York's Administrative Review Board for Professional Medical Conduct was dismissed by the Appellate Division, Third Department, by Decision and Order dated November 1, 2018, and that Court denied her motion to reargue and renew on January 4, 2019. Plaintiff's time to seek review by the New York State Court of Appeals of her license revocation has elapsed. Copies of the aforesaid rulings are annexed hereto.

    Thank you for your Honor's consideration of this matter.

Respectfully submitted,

James M. Hershler
Assistant Attorney General

cc: Dr. Neelam Uppal (by mail)

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: November 1, 2018                             524645

_____

In the Matter of NEELAM TANEJA
UPPAL,
            Petitioner,
   v                                                            DECISION AND ORDER
                                                   ON MOTION
DEPARTMENT OF HEALTH et al.,
            Respondents.
_____

      Motion to accept record and for extension of time to perfect proceeding.

      Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

      ORDERED that the motion is denied, without costs, and the proceeding is dismissed.

Garry, P.J., McCarthy, Egan Jr., Aarons and Rumsey, JJ., concur.

                            ENTER:

                            *Robert D. Mayberger*
                            Robert D. Mayberger
                            Clerk of the Court

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: January 4, 2019                      524645

_____

In the Matter of NEELAM TANEJA UPPAL,
              Petitioner,
       v                                                  DECISION AND ORDER
                                                          ON MOTION
NEW YORK STATE DEPARTMENT OF
HEALTH,
              Respondent.
_____

Motion to reargue and renew.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

ORDERED that the motion is denied.

Garry, P.J., Egan Jr., Lynch and Pritzker, JJ., concur.

ENTER:

*Robert D. Mayberger*
Robert D. Mayberger
Clerk of the Court