# In the United States District Court
# Southern District of New York

NEELAM UPPAL,                    CASE NO.-16-cv03038

    Plaintiff

v.

NY STATE DEPARTMENT OF HEALTH,

ET AL

    Defendant

_____/

## OBJECTION TO REPRESENTATION BY NYS AG

Comes now, Plaintiff, Neelam Uooal files an objection to the Representation of Mr. Timothy Maher by the New York stste's Attorney Geberal's office and states grounds as follows:

1. The representation of New York State Attornry General's office to defend Fraud, Civil Rights Violations, discrimination and sexual harassment by a government official is in " Conflict of Interest' in defending the public's interest as required by law under the duties of the Attorney General's ooffice

2. The duties as per Governor's office are' The state attorney General's office has the responsibility to uphold the law of the Stae and the country and to ensure that the citizens are proteceted from the harm as much as possible'

3. Thus, the representation of Timothy Maher violates this duty of the attorney general's offoce and thereforethe Attorney general's office should be releived off of Representation of Mr. Timothy maher

Respectfully submitted,

Date: 3/20/19          *N. Uppal*

                                 Neelam UPPAL, *Pro se.*

                                 Po box 1002

                                 *Largo, FL-33779*

Certificate of Service
This pleading Served via mjec to ~~Kathuraven~~ James Messchler

                                 *PH.- (646)-740-9141*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, to : Kristen James Marschles

_____N. Uppal_____

Neelam Uppal

PO box 1002,

Largo, FL 33779

727-403-0022

2

TRENTON NJ 085
27 MAR 2019 PM 1 L

2019 APR -1 AM II: 29
S.D. OF N.Y.

The Clerk
U.S District Court
Pro Se Unit - Rm 200
500 Pearl St.
New York, N.Y. 10007

Uppal
b ave 1002
yofo, FL-3377G

10007-131608